IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00232-WYD-PAC

RICHARD DELESK, individually and
THE NEWPORT COMPANY, a Colorado corporation,

     Plaintiff(s),

v.

STOCK BUILDING SUPPLY, INC.,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that Defendant 's Motion for Leave to File Third Party Complaint [filed July 6, 2005] is **denied** for failure to comply with D.C.Colo. LCivR 7.1.A.

Dated:  July 9, 2005