IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-D-00232(PAC)

RICHARD DELESK, individually and THE NEWPORT COMPANY, a Colorado corporation,

    Plaintiffs,

vs.

STOCK BUILDING SUPPLY, INC.

    Defendant.

---

**ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

---

THE COURT, having reviewed Defendant's July 6, 05 Motion for Leave to File Third-Party Complaint, and being fully advised in the premises,

DOES HEREBY FIND AND ORDER:

Grants Defendant, Stock Building Supply, Inc's Motion for Leave to File Third-Party Complaint and orders the Third-Party Complaint to be date stamped and filed this date.

DONE this 19th day of July, 2005.

BY THE COURT:

By: _____
    District Court Magistrate Judge

1