IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~05-CV-232 (PAC)~~ 05-cv-00232-WYD-PAC

RICHARD DELESK, individually and
THE NEWPORT COMPANY, a Colorado Corporation,

      Plaintiffs,

v.

STOCK BUILDING SUPPLY, INC.,

      Defendant.

---

### ORDER VACATING SETTLEMENT CONFERENCE

This Matter, having come before the Court on the parties' August 23, 05 Stipulated Motion to Vacate the Settlement Conference and the Court having reviewed the file and having otherwise been advised in the premises, does hereby GRANT said Motion. The Settlement Conference scheduled for August 24, 2005 is hereby Vacated.

DONE AND DATED this 24th day of August, 2005.

                S/PATRICIA A COAN
                Magistrate Judge Patricia A. Coan