IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00232-WYD-PAC

RICHARD DELESK, individually and
THE NEWPORT COMPANY, a Colorado corporation,

      Plaintiff(s),

v.

STOCK BUILDING SUPPLY, INC.,

      Defendant(s) and Third-Party Plaintiff(s),

v.

J. MARK NELSON, Architect;
DESCON ENGINEERS, INC., a/k/a RMG ENGINEERS, A Colorado corporation;
STAUFFER AND SONS CONSTRUCTION, a Colorado corporation;
INNOVATIVE FRAMING, INC., a/k/a INNOVATIVE CONSTRUCTION, a Colorado
corporation,

      Third-Party Defendant(s).

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     The Motion to Withdraw J. Mark Nelson's Motion to Dismiss filed August 25, 2005, is **GRANTED**.  The Amended Motion to Dismiss Defendant J . Mark Nelson filed August 18, 2005 (docket # 30) is **DENIED AS MOOT** since it has been withdrawn.

Dated:  September 29, 2005

                    s\ Sharon Shahidi
                    Law Clerk to
                    Wiley Y. Daniel
                    U.S. District Court