IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00232-WYD-PAC

RICHARD DELESK, individually and
THE NEWPORT COMPANY, a Colorado corporation,

    Plaintiffs,

v.

STOCK BUILDING SUPPLY, INC.,

    Defendant and Third-Party Plaintiff,

v.

J. MARK NELSON, Architect;
DESCON ENGINEERS, INC., a/k/a RMG ENGINEERS, A Colorado corporation;
INNOVATIVE FRAMING, INC., a/k/a INNOVATIVE CONSTRUCTION, a Colorado corporation,

    Third-Party Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Stipulated Motion to Vacate Settlement Conference (docket # 31) and the Motion to Amend/Correct/Modify Stipulated Motion to Vacate Settlement Conference (docket # 32) are **DENIED AS MOOT** in light of Magistrate Judge Coan's Order of August 24, 2005, that vacated the settlement conference.

Dated:  October 19, 2005

                                           <u>s\ Sharon Shahidi</u>
                                           Law Clerk to
                                           Wiley Y. Daniel
                                           U.S. District Court