IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00232-WYD-PAC

RICHARD DELESK, individually and
THE NEWPORT COMPANY, a Colorado corporation,

    Plaintiffs,

v.

STOCK BUILDING SUPPLY, INC.,

    Defendant and Third-Party Plaintiff,

v.

J. MARK NELSON, Architect;
DESCON ENGINEERS, INC., a/k/a RMG ENGINEERS, A Colorado corporation;
INNOVATIVE FRAMING, INC., a/k/a INNOVATIVE CONSTRUCTION, a Colorado corporation,

    Third-Party Defendants.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on a Stipulated Motion to Dismiss Without Prejudice filed December 27, 2005.  The Court, having reviewed the Stipulated Motion to Dismiss and being fully advised in the premises, hereby

ORDERS that the Stipulated Motion to Dismiss Without Prejudice is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that each party will bear their own costs and attorneys' fees in connection with the dismissal of the case.  It is

FURTHER ORDERED that the five (5) day jury trial set to commence January 8, 2007 and the Final Trial Preparation Conference set December 19, 2006 at 9:00 a.m. are **VACATED**.

Dated: December 29, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge